1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10   PEREZ, WILLIAMS & MEDINA,           1:05-cv-0403-REC-DLB-

11              Plaintiff,          **ORDER ADOPTING FINDINGS AND
                                    RECOMMENDATION (Doc. 19),**
12   vs.                            **DIRECTING CLERK OF COURT TO
                                    ENTER DEFAULTS AGAINST**
13   MARIA ISABEL MARTINEZ, et al., **DEFENDANT CBCA HEALTH
                                    INSURANCE AND DEFENDANT**
14                                  **HUGHES/LAWSON PHYSICAL
              Defendants.           THERAPY, AND DIRECTING CLERK**
15   _____/  **TO ENTER DEFAULT JUDGMENTS
                                    AGAINST DEFENDANT CBCA HEALTH**
16                                  **INSURANCE AND DEFENDANT
                                    HUGHES/LAWSON PHYSICAL THERAPY**
17

18

19

20

21

22

23        On March 2, 2006, the Magistrate Judge filed Findings and

24   Recommendation herein which were served on the parties and which

     contained notice to the parties that any objections to the
25
     Findings and Recommendation were to be filed within ten (10)
26
     days.  To date, the parties have not filed objections to the
27
     Magistrate Judge's Findings and Recommendation.
28

                                    1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendation, filed March 2, 2006, are ADOPTED IN FULL;

2.    Plaintiff's motion to enter default against defendant CBCA Health Insurance and defendant Hughes/Lawson Physical Therapy is GRANTED;

3.    Plaintiff's  motion for default judgment in favor of plaintiff and against Defendants CBCA Health Insurance and Hughes/Lawson Physical Therapy is GRANTED and these defendants shall take nothing in this interpleader action;

4.    The Clerk of Court is DIRECTED to enter the default of defendants CBCA Health Insurance and Hughes/Lawson Physical Therapy and enter default judgment in favor of plaintiff and against defendants CBCA Health Insurance and Hughes/Lawson Physical Therapy.

IT IS SO ORDERED.

**Dated:   March 20, 2006**               **/s/ Robert E. Coyle**
668554                            UNITED STATES DISTRICT JUDGE