UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEREZ, WILLIAMS & MEDINA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARIA ISABEL MARTINEZ, et al.,<br><br>        Defendants.<br>_____/ | 1:05-cv-0403-REC-DLB-<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 19), DIRECTING CLERK OF COURT TO ENTER DEFAULTS AGAINST DEFENDANT CBCA HEALTH INSURANCE AND DEFENDANT HUGHES/LAWSON PHYSICAL THERAPY, AND DIRECTING CLERK TO ENTER DEFAULT JUDGMENTS AGAINST DEFENDANT CBCA HEALTH INSURANCE AND DEFENDANT HUGHES/LAWSON PHYSICAL THERAPY** |

     On March 2, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within ten (10) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed March 2, 2006, are ADOPTED IN FULL;
2. Plaintiff's motion to enter default against defendant CBCA Health Insurance and defendant Hughes/Lawson Physical Therapy is GRANTED;
3. Plaintiff's motion for default judgment in favor of plaintiff and against Defendants CBCA Health Insurance and Hughes/Lawson Physical Therapy is GRANTED and these defendants shall take nothing in this interpleader action;
4. The Clerk of Court is DIRECTED to enter the default of defendants CBCA Health Insurance and Hughes/Lawson Physical Therapy and enter default judgment in favor of plaintiff and against defendants CBCA Health Insurance and Hughes/Lawson Physical Therapy.

IT IS SO ORDERED.

**Dated: March 20, 2006**                             **/s/ Robert E. Coyle**
668554                                              UNITED STATES DISTRICT JUDGE