**FILED**

March 23, 2006

Clerk, U. S. District Court
Eastern District of California

By_____
Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

Perez, Williams & Medina,

       Plaintiff,    **DEFAULT JUDGMENT**

  vs.

                     **1:05-cv-0403 REC DLB**

Maria Isabel Martinez, et al

       Defendant.

   DEFAULT JUDGMENT IS HEREBY ENTERED in favor of the Plaintiff Perez, Williams & Medina and against the Defendant's CBCA Health Insurance Medi-cal and Hughes/Lawson Physical Therapy .

Date: March 23, 2006

                             JACK L. WAGNER, Clerk

                             /s/A.Gil-Garcia

                             By A. Gil-Garcia, Deputy Clerk

dfltjgm