McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare St., Ste. 4401
Fresno, California 93721
Telephone: (559) 497-4058
Facsimile: (559) 497-4099

Attorneys for: Defendant United States Department of Health and Human Services, Centers for Medicare and Medicaid Services

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEREZ, WILLIAMS & MEDINA, A Law Partnership,<br><br>Plaintiff,<br><br>v.<br><br>MARIA ISABEL MARTINEZ, FRANCISCO MARTINEZ, SAINT AGNES HOSPITAL, CBCA HEALTH INSURANCE MEDI-CAL, HUGHES/LAWSON PHYSICAL THERAPY), UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS for MEDICARE & MEDICAID SERVICES and DOES 2 through 25,<br><br>Defendants. | Case No. 01:05-CV-00403 DLB<br><br>**STIPULATION AND ORDER RE: DISBURSEMENT OF INTERPLED FUNDS** |

The parties, by and through their undersigned counsel, stipulate as follows:

WHEREAS, plaintiff Perez, Williams & Medina filed a “First Amended Complaint in Interpleader” with the Fresno County Superior Court on December 30, 2003, Case No. 03 CE CG 04607 DSB (“the State Court Action”), after first depositing $15,000 in

interpled funds regarding this dispute with the Fresno County Superior Court Clerk;

WHEREAS, defendant Michael O. Leavitt, Secretary of the United States Department of Health and Human Services removed this action to federal court on or about March 25, 2005; and

WHEREAS, the parties entered into a Settlement Agreement and General Release ("Agreement and Release") of this action on or about May 1, 2006, resulting in the complete resolution of this dispute;

**THE PARTIES STIPULATE** and respectfully request this Court to direct the Clerk of the Fresno County Superior Court, by way of formal order, to disburse the interpled funds as set forth in paragraphs 3.1(b) through 3.1(d) of the Agreement and Release. The parties attach a true and correct executed copy of the Agreement and Release to this Stipulation as Exhibit "A".

Respectfully submitted,

DATED: April 17, 2006

PEREZ, WILLIAMS & MEDINA
A Law Partnership

/s/Robert Gray Williams
ROBERT GRAY WILLIAMS, ESQ.
Attorney for Plaintiffs

DATED: April 28, 2006

S.A. HANSEN & ASSOCIATES
A Professional Law Corporation

/s/Stephen A. Hansen
STEPHEN A. HANSEN, ESQ.
Attorneys for
Defendant St. Agnes Hospital

DATED: April 28, 2006

McGREGOR W. SCOTT, ESQ.
United States Attorney

/s/Brian W. Enos
BRIAN W. ENOS, ESQ.
Assistant U.S. Attorney
Attorneys for Defendant U.S. Dept. of Health & Human Services, Centers for Medicare & Medicaid Services

DATED: April 25, 2006

JEFFREY D. CLASON, ESQ.
Central California Legal Services

/s/Jeffrey D. Clason
JEFFREY D. CLASON, ESQ.
Attorneys or FRANCISCO MARTINEZ and MARIA ISABEL MARTINEZ, Defendants

IT IS SO ORDERED.

Date: May 2, 2006

/s/ Dennis L. Beck

U.S. MAGISTRATE JUDGE

**SETTLEMENT AGREEMENT AND GENERAL RELEASE**

**1.0 PARTIES**

The parties to this Settlement Agreement and General Release ("AGREEMENT AND RELEASE") comprise plaintiffs PEREZ, WILLIAMS & MEDINA, A Law Partnership ("LAW FIRM"), defendants FRANCISCO MARTINEZ and MARIA ISABEL MARTINEZ ("MARTINEZ"), defendant ST. AGNES HOSPITAL ("ST. AGNES") and defendant MICHAEL O. LEAVITT, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES ("SECRETARY"), collectively referred to as "RELEASING PARTIES".[1]

**2.0 RECITALS**

This AGREEMENT AND RELEASE is made with reference to the following facts:

2.1 Certain disputes and controversies have arisen between parties to this AGREEMENT AND RELEASE. These disputes and controversies arose as a result of a dispute over payment of $15,000.00 in settlement proceeds the LAW FIRM obtained pursuant to representing MARTINEZ in a prior lawsuit. These proceeds were deposited by the LAW FIRM to the Fresno County Superior Court upon the commencement of their interpleader action, whose operative pleading was filed with the Fresno County Superior Court on or about December 30, 2003. This interpleader action was removed to the United States District Court, Eastern District

[1] The RELEASING PARTIES recognize that former defendants CBCA Health Insurance Medi-Cal and Hughes/Lawson Physical Therapy ("DEFAULTED DEFENDANTS") are no longer parties to this action. The Court entered a default judgment against each of the DEFAULTED DEFENDANTS on March 23, 2006. As such, neither of the DEFAULTED DEFENDANTS are parties to this AGREEMENT AND RELEASE.

of California by the SECRETARY on or about March 25, 2005, and captioned as follows:

*PEREZ, WILLIAMS & MEDINA, A Law Partnership v. MARIA ISABEL MARTINEZ, et al.*, Case No. 1:05-cv-00403 DLB ("the PEREZ, WILLIAMS & MEDINA lawsuit").

2.2 The RELEASING PARTIES intend this AGREEMENT AND RELEASE to settle and dispose of, fully and completely, any and all claims, demands, and causes of action whether known or unknown, suspected or unsuspected, heretofore or hereafter arising out of, connected with, or incidental to the PEREZ, WILLIAMS & MEDINA lawsuit up to the date all of the parties sign this AGREEMENT AND RELEASE, and it is further the intention of the parties that the AGREEMENT AND RELEASE shall be binding upon any and all former, present or future assignees, parents, affiliates, subsidiaries, divisions, insurance carriers, subdivisions, holdings, assets, officers, directors, shareholders, general partners, limited partners, successors, agents, employees and attorneys of the parties, and each of them.

2.3 The RELEASING PARTIES acknowledge and agree that they are entering into this AGREEMENT AND RELEASE, and settling the PEREZ, WILLIAMS & MEDINA lawsuit, in an effort to avoid the expense and inconvenience of litigation, and that the consideration which each is giving the other does not constitute and shall not be construed as an admission, acknowledgment or representation concerning any liability.

**3.0 AGREEMENT**

3.1 In consideration for the promises, warranties, and releases contained in this AGREEMENT AND RELEASE, the parties agree as follows:

3.1(a) Upon execution of this AGREEMENT AND RELEASE, the RELEASING PARTIES agree to promptly execute and file a Stipulation requesting the Court to direct, by way of formal order, the Clerk of the Fresno County Superior Court to disburse the $15,000 in settlement proceeds as set forth in paragraphs 3.1(b) through 3.1(d) of this AGREEMENT AND RELEASE.

3.1(b) The Fresno County Superior Court, as holder of the above-referenced interpled funds, will disburse the sum of three thousand, seven hundred and ninety-nine and 07/100 Dollars ($3,799.07) to the SECRETARY, as the full and final settlement of the SECRETARY's claim. This disbursement shall be made payable to: "MEDICARE - U.S. DEPT. OF HEALTH & HUMAN SERVICES" and delivered to Assistant U.S. Attorney Brian W. Enos, located at 2500 Tulare St., Suite 4-401, Fresno, Ca 93721, for ultimate delivery to the SECRETARY. The Fresno County Superior Court is asked to specifically identify on the check that payment is being made on the behalf of "MARIA ISABEL MARTINEZ, 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A, Date of Loss: 1-14-2000." Mr. Enos will forward the check to the Secretary.

3.1(c) The Fresno County Superior Court, as holder of the above-referenced interpled funds, will disburse the sum of two thousand eighty nine and 69/100 Dollars to the ST. AGNES, as

the full and final settlement of ST. AGNES's claim. This disbursement shall be made payable to: "ST. AGNES HOSPITAL" and delivered to Stephen A. Hansen, Esq. of S.A. Hansen & Associates, located at 6700 N. First St., Ste. 138, Fresno, Ca 93710 for ultimate delivery to ST. AGNES. The Fresno County Superior Court is asked to specifically identify on the check that payment is being made pursuant to the RELEASING PARTIES settling the above-captioned lawsuit.

        3.1(d)   The Fresno County Superior Court, as holder of the above-referenced interpled funds, will disburse the sum of the balance of the interpled funds, or (nine thousand one hundred eleven and 24/100 Dollars ($9,111.24) to MARTINEZ, as the full and final settlement of MARTINEZ's claim. This disbursement shall be made payable to: "MARIA ISABEL MARTINEZ" and delivered to Jeffrey Clason, Esq., located at Central California Legal Services, Inc., 1999 Tuolumne St., Ste. 700, Fresno, Ca 93721 for ultimate delivery to MARTINEZ. The Fresno County Superior Court is asked to specifically identify on the check that payment is being made pursuant to the RELEASING PARTIES settling the above-captioned lawsuit.

        3.1(e)   The LAW FIRM, MARTINEZ, ST. AGNES and the SECRETARY agree to stipulate to a dismissal of the PEREZ, WILLIAMS, & MEDINA lawsuit in exchange for the mutual releases agreed to herein, and said stipulation and ultimate dismissal shall be filed with the Court within ten (10) business days of the complete execution of the AGREEMENT AND RELEASE by all parties.

**4.0  RELEASES**

4.1  The RELEASING PARTIES hereby releases and forever discharges each other releasing party and their former, present and future parents, affiliates, subsidiaries, divisions, insurance carriers, subdivisions, holdings, assets, officers, directors, shareholders, general partners, limited partners, successors, agents, employees, and attorneys, of and from any and all claims, demands, damages, debts, liabilities, accounts, obligations, costs, expenses, actions, and causes of action of every kind whatsoever, whether now known or unknown, suspected or unsuspected, which the releasing parties have, own or hold, or at any time heretofore ever had, owned or held arising out of, connected with, or incidental to all dealings, up to the date these parties sign this AGREEMENT AND RELEASE, between the parties referred to in this AGREEMENT AND RELEASE, including but not limited to, the matters asserted in, or relating to, the PEREZ, WILLIAMS, & MEDINA lawsuit .

**5.0  REPRESENTATIONS AND WARRANTIES**

The parties to this AGREEMENT AND RELEASE represent, warrant, and agree as follows:

5.1  **ENTIRE AGREEMENT**

This AGREEMENT AND RELEASE is the entire agreement between and among the parties and supersedes all prior and contemporaneous agreements or understandings of the parties. Any amendment to this AGREEMENT AND RELEASE shall not be valid or

binding unless in writing, executed by each of the parties hereto.

5.2 **SUCCESSOR-IN-INTEREST**

This AGREEMENT AND RELEASE, including the releases herein contained, shall be binding upon and inure to the benefit of each of the parties hereto and each of their successors-in-interest, including heirs and assigns.

5.3 **APPLICABLE LAW**

All questions with respect to the construction of this AGREEMENT AND RELEASE and the rights and liabilities of the parties hereto shall be governed by the applicable Federal laws.

5.4 **AUTHORITY**

Each signatory to this AGREEMENT AND RELEASE warrants that it has full authority to reach this agreement with regard to all of the claims, both general and specific, stated herein.

5.5 **COUNTERPARTS**

This AGREEMENT AND RELEASE may be executed in counterparts, each of which shall be deemed an original, and all of which taken together shall constitute one and the same AGREEMENT AND RELEASE. The parties hereto, and each of them, express and understand and agree and warrant and represent to each other that the terms and conditions of this AGREEMENT AND RELEASE shall not be effective to release any party hereto from any and all of the matters referred to in this AGREEMENT AND RELEASE unless and until such

particular party executes a counterpart of this AGREEMENT AND RELEASE.

5.6 **EXPENSES**

Each party hereto shall bear its own costs, attorney's fees and expenses in connection with the PEREZ, WILLIAMS, & MEDINA lawsuit, this AGREEMENT AND RELEASE, and all matters and claims pertaining thereto.

5.7 **ATTORNEY'S FEES**

In the event any action, suit or other proceeding is commenced under or in connection with this AGREEMENT AND RELEASE, the prevailing party therein shall be entitled to recover, and the other party agrees to pay, the prevailing party's costs and expenses in connection therewith, including attorney's fees and costs actually incurred; provided, however, that the parties specifically acknowledge and agree that the provisions of this paragraph are not applicable to or binding upon the SECRETARY to the extent it contravenes Federal law, and that any such prevailing party's costs and expenses, including attorney's fees and costs as against the SECRETARY shall be paid only if, when and as applicable Federal law may permit.

5.8 **DRAFTER OF AGREEMENT AND RELEASE**

All parties participated in the drafting of this AGREEMENT AND RELEASE. In addition, none of the parties hereto or the parties' respective counsel shall be deemed the drafter of the

AGREEMENT AND RELEASE in any litigation or other proceeding which hereafter may arise between or among them, or any of them.

5.9 **JURISDICTION**

The RELEASING PARTIES agree that the United States District Court, Eastern District of California shall retain jurisdiction over the enforcement of this AGREEMENT AND RELEASE.

WHEREFORE, the parties have executed this AGREEMENT AND RELEASE, as of the date next to their signatures, and the same is approved as to form by their counsel.

///

///

///

DATED: April 17, 2006

PEREZ, WILLIAMS & MEDINA
A Law Partnership

ROBERT GRAY WILLIAMS, ESQ.
Attorney for Plaintiffs

DATED: April __, 2006

S.A. HANSEN & ASSOCIATES
A Professional Law Corporation

STEPHEN A. HANSEN, ESQ.
Attorneys for
Defendant St. Agnes Hospital

///

///

///

DATED: April __, 2006

PEREZ, WILLIAMS & MEDINA
A Law Partnership

ROBERT GRAY WILLIAMS, ESQ.
Attorney for Plaintiffs

DATED: April 28, 2006

S.A. HANSEN & ASSOCIATES
A Professional Law Corporation

STEPHEN A. HANSEN, ESQ.
Attorneys for

Defendant St. Agnes Hospital

DATED: April __, 2006

McGREGOR W. SCOTT, ESQ.
United States Attorney

BRIAN W. ENOS, ESQ.
Assistant U.S. Attorney

Attorneys for Defendant U.S. Dept. of Health & Human Services, Centers for Medicare & Medicaid Services

DATED: April __, 2006

JEFFREY D. CLASON, ESQ.
Central California Legal Services

JEFFREY D. CLASON, ESQ.
Attorneys or FRANCISCO MARTINEZ and MARIA ISABEL MARTINEZ, Defendants

DATED: April 28, 2006

McGREGOR W. SCOTT, ESQ.
United States Attorney

Brian W. Enos
_______________________
BRIAN W. ENOS, ESQ.
Assistant U.S. Attorney
Attorneys for Defendant U.S. Dept. of Health & Human Services, Centers for Medicare & Medicaid Services

DATED: April __, 2006

JEFFREY D. CLASON, ESQ.
Central California Legal Services

_______________________
JEFFREY D. CLASON, ESQ.
Attorneys or FRANCISCO MARTINEZ and MARIA ISABEL MARTINEZ, Defendants

DATED: April ___, 2006

McGREGOR W. SCOTT, ESQ.
United States Attorney

______________________________
BRIAN W. ENOS, ESQ.
Assistant U.S. Attorney
Attorneys for Defendant U.S. Dept. of Health & Human Services, Centers for Medicare & Medicaid Services

DATED: April 25, 2006

JEFFREY D. CLASON, ESQ.
Central California Legal Services

By: ______________________________
JEFFREY D. CLASON, ESQ.
Attorneys or FRANCISCO MARTINEZ and MARIA ISABEL MARTINEZ, Defendants